IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JIMMY WOODS, JR.**                                                                                           **PLAINTIFF**

v.                             Case No.  4:16-cv-00471 KGB

**MOTOROLA, INC.**                                                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation for dismissal with prejudice (Dkt. No. 12). Pursuant to the stipulation, this action is dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

So ordered this the 21st day of February, 2017.

_____
Kristine G. Baker
United States District Judge